No. 98–449. GUSTO RECORDS, INC., ET AL. *v.* PETERSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–451. DOE *v.* MILES INC. ET AL. Ct. App. Ariz. Certiorari denied.

No. 98–483. GIH-HORNG CHEN *v.* ZYGO CORP. C. A. 2d Cir. Certiorari denied.

No. 98–486. O'BRIEN *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–497. HANLON *v.* DUNBAR. Ct. App. D. C. Certiorari denied.

No. 98–503. BELLO, DBA NUCLEUS OIL CO. *v.* CITIZENS NATIONAL BANK ET AL. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 98–521. JENSVOLD *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 98–523. FRITZ *v.* LANCASTER COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–537. MOODY *v.* MOODY. Ct. App. La., 1st Cir. Certiorari denied.

No. 98–545. FLUOR DANIEL (NPOSR), INC. *v.* SEWARD. Sup. Ct. Wyo. Certiorari denied.

No. 98–546. GREENE *v.* WCI HOLDINGS CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–566. KENNEDY *v.* GOLDIN, ADMINISTRATOR OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION. C. A. 11th Cir. Certiorari denied.

No. 98–602. SMITH-GREGG *v.* DEPARTMENT OF THE INTERIOR. C. A. D. C. Cir. Certiorari denied.

No. 98–609. CASSIS MANAGEMENT CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 98–617. SCHAEFFER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.